PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Corey Applewhite                 Cr.: 20-00446-001
                                                                       PACTS #: 4866273

Name of Sentencing Judicial Officer:     THE HONORABLE PAUL A. CROTTY
                                         UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:       THE HONORABLE CLAIRE C. CECCHI
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/04/2019

Original Offense:    Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349

Original Sentence: 36 months' probation

Special Conditions: $100 – Special Assessment, $50,000 – Restitution, Location Monitoring – 6 months, Drug Testing and Treatment, Financial Disclosure, and No New Debt/Credit

Type of Supervision: Probation                     Date Supervision Commenced: 06/04/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy financial obligations |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Applewhite has paid $4,297.96 towards his restitution. The individual under supervision's term of supervision is due to expire on June 3, 2022, with an outstanding restitution balance of $45,702.04. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Corey Applewhite

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

| *Brendan G. Murillo* | *05/18/2022* |
|---|---|
| BRENDAN G. MURILLO | Date |
| U.S. Probation Technician | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on June 3, 2022 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/19/2022
Date